AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Texas

United States Courts
Southern District of Texas
FILED

*May 18, 2026*

Nathan Ochsner, Clerk of Court

| | |
|---|---|
| United States of America<br>v.<br><br>Rolando Manuel Martinez-Velasquez<br>AKA: Rolando Martinez<br><br><br><br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br><br>Case No.  **4:26-mj-327** |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of _____ March 6th, 2026 _____ in the county of _____ Brazos _____ in the
____ Southern ____ District of _____ Texas _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326 (a) and (b) | a native and citizen of Mexico, and an alien who had been previously deported from the United States, subsequent to having been convicted of a crime defined as a felony, was found unlawfully in the United States at Brazos  County, Texas, the said defendant having not obtained the consent before March 2003 from the Attorney General of the United States to reapply for admission into the United States; and without having obtained corresponding consent after February 2003 from the Secretary of Homeland Security pursuant to 6 U.S.C. §§ 202(3) and (4) and 6 U.S.C. § 557, |

This criminal complaint is based on these facts:

See Attached Affidavit in support of the Criminal Complaint

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Jeremiah Jensen, ICE Deportation Officer
*Printed name and title*

Sworn to me telephonically.

Date:  _____ 05/18/2026 _____

_____
*Judge's signature*

City and state:  _____ Houston, Texas _____

Hon. Judge Christina A. Bryan, U.S. Magistrate Judge
*Printed name and title*

**4:26-mj-327**

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Jeremiah Jensen, being duly sworn by telephone, hereby depose and say:

(1)    I am a Deportation Officer with the United States Immigration and Customs Enforcement ("ICE") and have served in that capacity since June 01, 2025.

(2)    On March 6, 2026, ICE Enforcement and Removal Operations was made aware of the unlawful presence of Rolando Manuel Martinez-Velasquez, AKA: Rolando Martinez, (hereinafter Defendant), in the United States as a result of information provided by the Brazos County Sherrif's Office, in Brazos County, TX. On May 18, 2026, the Defendant was identified as being amenable to prosecution for violation of 8 U.S.C. § 1326(a) and 1326(b).

(3)    Based upon the information from ICE's records as described below, and my training and experience, I submit that there is probable cause to believe that the Defendant is in violation of 8 U.S.C. § 1326(a) and 1326(b).

(4)    Element One: The Defendant is a citizen and national of Mexico and not a native, citizen, or national of the United States.

(5)    Element Two: The Defendant has previously been deported or removed from the United States on the following occasion(s):

    a.  12/23/2020

(6)    Element Three: After deportation, the Defendant was subsequently found in the United States on or around March 6, 2026, in Brazos County, Texas which is within the Houston Division of the Southern District of Texas. Additionally, I consulted with ICE's Law Enforcement Support Center ("LESC") to determine whether, in the past five years, and after the Defendant's last deportation, the Defendant had been encountered by law enforcement prior to the date specified earlier in the paragraph and I am awaiting their response. On May 18, 2026, I reviewed the same database and found no such encounter.

(7)    Element Four: The Defendant did not have permission to re-enter the United States. On May 18, 2026, I reviewed the contents of the Alien File associated with this Defendant and/or available database information. I found no indication that the Defendant has ever received permission from the Attorney General of the United States, or the Secretary of the Department of Homeland Security, to apply for admission to the United States following deportation from the United States.

(8)    The Defendant has the following prior criminal history and/or gang affiliation:

    a.    On or around March 06, 2026, the Defendant was arrested by the College Station Police Department in Brazos County, Texas, for the offense of POSS CS PG 2 &gt;= 1G &lt; 4G. On May 15, 2026, the District Attorney's Office in Bryan, Texas, rejected the charge without a pre-trail diversion.

    b.    On January 23, 2020, the Defendant was convicted in the 339th District Court Harris County, Texas, for the offense of AGG ASSAULT W/DEADLY WEAPON, under case 161588901010. For this offense, a felony, the Defendant was sentenced to 2 years in TDCJ, Correctional Institutions Division.

On May 18, 2026, I contacted the U.S. Attorney's Office, Southern District of Texas, Houston Division, concerning this criminal complaint.  On or about that day, Assistant U.S. Attorney Jay Hileman (713)-703-9308 accepted this case for prosecution for a violation of 8 U.S.C. § 1326(a) and 1326(b).

Jeremiah Jensen
Deportation Officer
United States Department of Homeland Security
U.S. Immigration & Customs Enforcement

Subscribed and sworn telephonically to me this 18th day of May 2026, and I find probable cause.

Hon. Christina Bryan
United States Magistrate Judge
Southern District of Texas